**FILED**
APR 03 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY C MAYO, | No. C06-02171 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NORTH AMERICAN, | |
| Defendant. | |

    Plaintiff filed this case on the basis of diversity jurisdiction. A district court has original jurisdiction over all civil matters if the matter in controversy exceeds the amount of $75,000 and if the parties are citizens of different states. 28 U.S.C. § 1332(a). Plaintiff has failed to allege that the amount in controversy is greater than $75,000. Plaintiff seeks damages in the amount of $1374.37. Because Plaintiff has not properly alleged the amount in controversy, and it appears that Plaintiff cannot do so here, it appears that the Court does not have jurisdiction over this matter.

    Plaintiff is hereby **ORDERED** to show cause, in fewer than two pages, by the end of the business day on **April 10, 2006,** why the Court should not dismiss this matter for lack of jurisdiction. **IT IS SO ORDERED.**

Dated: April 3, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE