E-filing

**FILED**

MAY 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY C MAYO,

          Plaintiff,

  v.

NORTH AMERICAN,

          Defendant.
                              /

No. C06-02171 MJJ

**ORDER DISMISSING CASE**

On April 3, 2006, the Court issued an Order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Response was due by April 10, 2006. Plaintiff failed to respond to that order. Because it appears that the Court does not have jurisdiction in this matter, the Court hereby **DISMISSES** this case. The Clerk of the Court is ordered to close the file.

**IT IS SO ORDERED.**

Dated: May 3, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California